| | |
|---|---|
| 1 | Michael T. Hornak (State Bar No. 81936) |
|   | mhornak@rutan.com |
| 2 | Jeffrey B. Fohrer (State Bar No. 251308) |
|   | jfohrer@rutan.com |
| 3 | RUTAN & TUCKER, LLP |
|   | 611 Anton Boulevard, Suite 1400 |
| 4 | Costa Mesa, California 92626-1931 |
|   | Telephone:  714-641-5100 |
| 5 | Facsimile:   714-546-9035 |
| 6 | Attorneys for Defendant |
|   | BUY.COM, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL AMBERS, individually and on behalf of a class of persons similarly situated, | Case No. SACV 13-00196 AG (JPRx) |
| Plaintiff, | **BUY.COM, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)** |
| vs. | **[Memorandum of Points and Authorities and Request for Judicial Notice filed concurrently herewith]** |
| BUY.COM, INC., a Delaware Corporation, | |
| Defendants. | **Date:         April 29, 2013** |
| | **Time:         10:00 a.m.** |
| | **Courtroom:  10D** |
| | **Honorable Andrew J. Guilford** |

Rutan & Tucker, LLP
attorneys at law

2345/017938-0034
5020711.1 a03/28/13

Case No.  SACV 13-00196 AG (JPRx)
NOTICE OF MOTION AND MOTION TO DISMISS

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on **April 29, 2013**, at **10:00 a.m.**, or as soon thereafter as counsel may be heard in **Courtroom 10D** of the above-captioned Court, located at 411 W. Fourth Street, Santa Ana, California, Defendant Buy.com, Inc. ("Defendant") will move, and hereby does move, for an order dismissing Plaintiff Michael Ambers' Complaint in this action for failure to state a claim pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

This Motion is made pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and is based on this Notice of Motion, the concurrently-filed Memorandum of Points and Authorities, Request for Judicial Notice and such oral and other documentary evidence and argument as may be presented at the time of the hearing.

This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on March 22, 2013.

Dated: March 28, 2013

RUTAN & TUCKER, LLP
MICHAEL T. HORNAK
JEFFREY B. FOHRER

By: */s/ Michael T. Hornak*
Michael T. Hornak
Attorneys for Defendant
BUY.COM, INC.

Rutan & Tucker, LLP
attorneys at law
2345/017938-0034
5020711.1 a03/28/13
-1-
Case No. SACV 13-00196 AG (JPRx)
NOTICE OF MOTION AND MOTION TO DISMISS