

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

SOUTHERN DIVISION

11   MICHAEL AMBERS, individually and
     on behalf of a class of persons similarly
12   situated,

13           Plaintiff,

14       vs.

15   BUY.COM, INC., a Delaware
     Corporation,
16
             Defendants.
17

18

19
20
21
22
23
24
25
26
27
28

Case No. SACV 13-00196 AG (JPRx)

**JUDGMENT UPON DISMISSAL**

**Rutan & Tucker, LLP**
*attorneys at law*

2345/017938-0034
5507340.2 a05/02/13

Case No.  SACV 13-00196 AG (JPRx)
JUDGMENT

On April 29, 2013 at 10:00 a.m., in Department 10D of the above-captioned Court, the Honorable Judge Andrew Guilford presiding, defendant Buy.com, Inc. ("Buy.com") brought on for hearing its Motion to Dismiss the Complaint of Michael Ambers, individually and on behalf of a class of persons similarly situated ("Plaintiff").

After considering the briefing of the parties of the parties, argument of counsel, and good cause appearing therefore, this Court granted Buy.com's Motion to Dismiss Plaintiff's Complaint without leave to amend.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that:

1.      Judgment is entered in favor of Buy.com and against Plaintiff on the sole cause of action contained in Plaintiff's Complaint.

2.      Buy.com shall recover its costs of suit.

Dated:  May 03, 2013 _____       _____

Honorable Andrew Guilford
Judge, United States District Court

Rutan & Tucker, LLP
attorneys at law

2345/017938-0034
5507340.2 a05/02/13

Case No.  SACV 13-00196 AG (JPRx)
[PROPOSED] JUDGMENT

-1-